March 22, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

MARK JOHNSTON, Appellant

NO. 14-11-00537-CV                    V.

OILTANKING HOUSTON, L.P., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Oiltanking Houston, L.P., signed May 20, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Mark Johnston, to pay all costs incurred in this appeal. We further order this decision certified below for observance.